**No. 51007.**—Protests 117310–K, etc., of T. Sumida & Co., Ltd., et al. (Honolulu, etc.).

Opinion by Cole, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, APRIL 10, 1946

**No. 51008.**—Protests 118580–K, etc., of Anachemia, Ltd., et al. (New York).

Opinion by Kincheloe, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51009.**—Protests 829172–G, etc., of Akawo & Co., Ltd., et al. (Los Angeles, etc.).

Opinion by Kincheloe, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, APRIL 10, 1946

**No. 51010.**—Protest 27704–K of F. W. Woolworth Co. (Seattle).

Opinion by Ekwall, J. In accordance with stipulation of counsel and following *Joseph Schmidt, Inc.* v. *United States* (9 Cust. Ct. 188, C. D. 690), the merchandise in question was held not subject to countervailing duty.

**No. 51011.**—Protest 117538–K of Inter-Maritime Forwarding Co., Inc. (New York).

Opinion by Ekwall, J. The case was submitted on the official record including the collector's letter. Said letter conceded that allowance should be granted for the case involved, which was exported from public store. The claim of the plaintiff was therefore sustained.